COLUMBUS BAR ASSOCIATION *v.* EWING.

[Cite as *Columbus Bar Assn. v. Ewing* (1992), 63 Ohio St.3d 377.]

(No. 91–1767—Submitted January 8, 1992—Decided April 15, 1992.)

378

*Vorys, Sater, Seymour & Pease, Reginald W. Jackson, Ronald L. Redmon* and *Bruce A. Campbell,* for relator.

*Charles W. Ewing, pro se.*

*Per Curiam.* We concur in the findings and recommendation of the board. Charles W. Ewing is hereby suspended from the practice of law in Ohio for six months. We suspend the execution of this discipline on condition that Ewing not be found in violation of any Disciplinary Rule for three years. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.